UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STUART J. KAUFMAN, M.D. &**
**ASSOCIATES, P.A.,**

    **Plaintiff,**

v.                                                                          Case No.: 8:13-CV-461-T-33EAJ

**BAUSCH & LOMB INCORPORATED,**

    **Defendant.**
_____/

## ORDER

This cause comes on for consideration of Plaintiff's **Motion For Preliminary Injunction** (Dkt. 21), brought pursuant to Fed. R. Civ. P. 65 and Local Rule 4.06, M.D. Fla.[1]

Plaintiff Stuart J. Kaufman, M.D. & Associates, P.A. ("Plaintiff") seeks a preliminary injunction related to Defendant Bausch & Lomb Inc.'s ("Defendant's") allegedly infringing use of Plaintiff's registered service mark, "See Better. Live Better."

Upon consideration, it is **ORDERED** that:

(1)     A hearing on Plaintiff's motion for preliminary injunction will be held in Courtroom 11A of the United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on **Monday, June 24, 2013 at 11 a.m.** before the undersigned.

(2)     Plaintiff may rely on papers and affidavits served with the preliminary injunction motion on or before **Monday, June 10, 2013**. See Fed. R. Civ. P. 6(c); Local Rule 4.06(b)(2).

---

[1] The motion for preliminary injunction has been referred to the undersigned for consideration and the issuance of a Report and Recommendation (Dkt. 23). See 28 U.S.C. § 636; Local Rule 6.01(b)-(c), M.D. Fla.

(3) Defendant may rely on counter or opposing affidavits and responsive briefs filed with the Clerk's Office and delivered to Plaintiff on or before **Monday, June 17, 2013**. See Fed. R. Civ. P. 6(c); Local Rule 4.06(b)(3).

(4) No testimony will be received absent stipulation of the parties or court order, and any testimony will be limited to no more than one hour per side (not per party).[2]

(5) The parties shall confer with each other regarding exhibits and witnesses which may be presented at the hearing.

(6) On or before **Thursday, June 20, 2013**, the parties shall file a joint pre-evidentiary statement, which includes:

    (a) disclosure of and any objections to proposed exhibits or witnesses, including the grounds for those objections; and

    (b) all facts and issues that are agreed upon by the parties, as well as a statement of disputed issues and facts that must be resolved by the court.

(7) All exhibits shall be pre-marked for identification prior to the hearing.

(8) Local Rule 4.06(b), M.D. Fla., applies except where in conflict with the foregoing provisions.

**DONE AND ORDERED** in Tampa, Florida this 3rd day of June, 2013.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

---

[2] This time limit applies to the direct examination portion of the testimony.

Copies to:
Counsel of record
District Judge